FILED

07 OCT 31 PM 4:46

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07CR2974 — BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. _____ |
|                           ) | |
|        Plaintiff,         ) | I N D I C T M E N T |
|                           ) | |
|     v.                    ) | Title 8, U.S.C., Secs. 1326(a) |
|                           ) | and (b) - Attempted Entry After |
| SERGIO IVAN               ) | Deportation |
|   GARCIA-ORELLANA (T/N),  ) | |
|   aka Sergio Herrera,     ) | |
|                           ) | |
|        Defendant.         ) | |

The grand jury charges:

On or about August 27, 2007, within the Southern District of California, defendant SERGIO IVAN GARCIA-ORELLANA (T/N), aka Sergio Herrera, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

JJO:fer:San Diego
10/29/07

1  border from Mexico into the United States, that was a substantial step
2  toward committing the offense, all in violation of Title 8, United
3  States Code, Sections 1326(a) and (b).
4      It is further alleged that defendant SERGIO IVAN GARCIA-ORELLANA
5  (T/N), aka Sergio Herrera, was removed from the United States
6  subsequent to June 19, 2007.
7      DATED: October 31, 2007.
8      A TRUE BILL:
9
10     _____
11     Foreperson
12 KAREN P. HEWITT
   United States Attorney
13
14 By: _____
15     JOSEPH J.M. ORABONA
       Assistant U.S. Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28