Case 3:07-cr-02974-BEN    Document 2    Filed 10/31/2007    Page 1 of 1

```
                                                    FILED

                                              07 OCT 31 PM 4:46


                                           BY:        PDV
                                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CR2974—BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| SERGIO IVAN GARCIA-ORELLANA (T/N), ) aka Sergio Herrera, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Sergio Ivan Garcia-Orellana (T/N), aka Sergio Herrera, Criminal Case No. 07CR2647-BEN.

DATED: October 31, 2007.

KAREN P. HEWITT,
United States Attorney

/s/ David Leshner for

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

