| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | PETER J. MAZZA |
|  | Assistant U.S. Attorney |
| 3 | California State Bar No. 239918 |
|  | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5528/(619) 235-2757 (Fax) |
|  | Email: peter.mazza@usdoj.gov |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-2974-BEN |
| 11 | Plaintiff, ) |  |
|  | ) | NOTICE OF APPEARANCE |
| 12 | v. ) |  |
| 13 | SERGIO IVAN ) |  |
|  |     GARCIA-ORELLANA (T/N), ) |  |
| 14 |   aka Sergio Herrera, ) |  |
| 15 | Defendant. ) |  |
| 16 | |  |

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19   I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21   The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25   <u>Name</u>

26   None

27   / / / /

28   / / / /

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: November 5, 2007

                      Respectfully submitted,

                      KAREN P. HEWITT
                      United States Attorney

                      s/ Peter J. Mazza
                      _____
                      PETER J. MAZZA
                      Assistant United States Attorney
                      Attorneys for Plaintiff
                      United States of America
                      Email: peter.mazza@usdoj.gov

Notice of Appearance
United States v. Sergio Ivan Garcia-Orellana (T/N),
aka Sergio Herrera                       07-CR-2974-BEN

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR-2974-BEN |
| Plaintiff, | |
| v. | |
| SERGIO IVAN GARCIA-ORELLANA (T/N), aka Sergio Herrera, | CERTIFICATE OF SERVICE |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of a notice of appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Ellis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2007.

s/ Peter J. Mazza
PETER J. MAZZA

Notice of Appearance
United States v. Sergio Ivan Garcia-Orellana (T/N),
aka Sergio Herrera                                                                  07-CR-2974-BEN

3