1  **JOHN C. ELLIS, JR.**
   California State Bar No. 228083
2  **GREGORY MURPHY**
   California State Bar Number 245505
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
5  E-Mail: john_ellis@fd.org

6  Attorneys for Sergio Ivan Garcia-Orellana

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                    **(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR2974-BEN |
|---|---|---|
| Plaintiff, | ) | DATE: December 3, 2007 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| | ) | |
| | ) | 1) DISMISS INDICTMENT; |
| | ) | 2) STRIKE SURPLUSAGE FROM THE INDICTMENT; |
| SERGIO IVAN GARCIA-ORELLANA, | ) | 3) PRODUCE GRAND JURY TRANSCRIPTS; |
| Defendant. | ) | 4) SUPPRESS STATEMENTS; |
| | ) | 5) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND |
| | ) | 6) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
    PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on Monday, December 3, 2007, at 2:00pa.m., or as soon thereafter as counsel may be heard, the accused, Sergio Ivan Garcia-Orellana, by and through his attorneys, John C. Ellis, Jr., Gregory Murphy, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

/ / /

1 | **MOTIONS**

2 Sergio Ivan Garcia-Orellana, by and through his attorneys, John C. Ellis, Jr., Gregory Murphy and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

    1)     To Dismiss Indictment

    2)     To Strike Surplusage from the Indictment;

    3)     To Produce Grand Jury Transcripts;

    4)     To Suppress Statements;

    5)     To Compel Discovery and Preserve Evidence, and

    6)     To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:     November 19, 2007         */s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Sergio Ivan Garcia-Orellana
john_ellis@fd.org