UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07cr2974-BEN |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SERGIO IVAN GARCIA-ORELLANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

    Peter Mazza, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101


Dated: November 19, 2007                                          /s/ John C. Ellis, Jr.
                                                                    JOHN C. ELLIS, JR.
                                                                      Federal Defenders
                                                                      225 Broadway, Suite 900
                                                                      San Diego, CA 92101-5030
                                                                      (619) 234-8467  (tel)
                                                                      (619) 687-2666  (fax)
                                                                      E-mail: john_ellis@fd.org