```
                                          FILED

                                       JAN 1 0 2008

                                    CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA
                                   BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2974-BEN |
| Plaintiff, ) | S U P E R S E D I N G |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1001 - |
| SERGIO IVAN ) | False Statement to a Federal |
| GARCIA-ORELLANA (T/N), ) | Officer |
| aka Sergio Herrera ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about August 27, 2007, within the Southern District of California, defendant Sergio Ivan GARCIA-ORELLANA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to an United States Border Patrol Agent that his name was Sergio Herrera, whereas in truth and fact, as defendant then and there well knew that that statement and

//

//

representation were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: January 10, 2008.

KAREN P. HEWITT
United States Attorney

for PETER J. MAZZA
Assistant U.S. Attorney