AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SERGIO IVAN GARCIA-ORELLANA (T/N), aka Sergio Herrera | CASE NUMBER: 07CR2974-BEN |

I, SERGIO IVAN GARCIA-ORELLANA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/10/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER