

FILED

JAN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. **07CR2974-BEN** |
| ) | |
| Plaintiff, ) | **CONSENT TO RULE 11 PLEA IN A** |
| ) | **FELONY CASE BEFORE UNITED** |
| v. ) | **STATES MAGISTRATE JUDGE,** |
| ) | **WAIVER OF PRESENTENCE REPORT** |
| **SERGIO IVAN GARCIA-ORELLANA,** ) | **AND WAIVER OF OBJECTIONS FOR** |
| ) | **IMMEDIATE SENTENCING** |
| Defendant. ) | |
| ) | |

I have been advised by my attorney and by the United States

Magistrate Judge of my right to enter my plea in this case before

a United States District Judge.  I hereby declare my intention to

enter a plea of guilty in the above case, and I request and

consent to have my plea taken by a United States Magistrate Judge

pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the

United States Magistrate Judge, and the Magistrate Judge

recommends that the plea be accepted, the assigned United States

District Judge will then decide whether to accept or reject any

plea agreement I may have with the United States and will

adjudicate guilt and impose sentence.

I further understand that due to my request for immediate

1   sentencing in this case, I am waiving the preparation of a

2   presentence report and I am also waiving any objections I may

3   have to the Magistrate Judge's findings and recommendation

4   concerning the entry of my guilty plea.

5

6

7   Dated: 1/10/08         *Sergio IVán Garcia Orellana*
                            SERGIO IVAN GARCIA-ORELLANA
8                          Defendant

9

10

11  Dated: 1/10/08
                            FEDERAL DEFENDERS BY JOHN C. ELLIS
12                          Attorney for Defendant

13

14       The United States Attorney consents to have the plea in this

15  case taken by a United States Magistrate Judge pursuant to

16  Criminal Local Rule 11.2 and further waives a presentence report

17  in this case as well as any objections to the Magistrate Judge's

18  findings and recommendation concerning the entry of the guilty

19  plea.

20

21

22  Dated: 1/10/08
                            GEORGE MANAHAN
23                          Assistant United States Attorney

24

25

26

27

28

07CR2974-BEN